UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 SEP -1  A 9: 41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DARRYL ARLENE GRANT,
    Defendant,

vs.

Case No.: 3:03-cr-275-J-20TEM

UNITED STATES OF AMERICA,
    Plaintiff.

_____/

## ORDER

Before the Court is Defendant Grant's Motion to Suspend Restitution and Fines (Doc. No. 51, filed July 24, 2006), to which the Government responded (Doc. No. 53, filed August 14, 2006). Incorporated within the Government's response is a Motion to Clarify Defendant's Schedule of Payments (Doc. No. 53), which the Clerk is directed to **strike** as a multiplicitous filing.

Defendant's Motion to Suspend Restitution and Fines is **DENIED**. The Court is not persuaded that "there has been a material change in the defendant's ability to pay" restitution, (See Judgement, Doc. No. 31 at 7), and accordingly the Defendant has the current ability to make monthly installments of $50.00.

**DONE AND ENTERED** at Jacksonville, Florida, this 31st day of August, 2006.

HARVEY E. SCHLESINGER
Senior United States District Judge

**Copies to:**

Darryl A. Grant, *pro se*
Don J. Pashayan, AUSA
Patricia A. Willing, FLU, AUSA